1   William H. Wright (Bar No. 161580)
    Robert J. Benson (Bar No. 155971)
2   Hogan & Hartson LLP
    1999 Avenue of the Stars
3   Suite 1400
    Los Angeles, CA 90067
4   Telephone: (310) 785-4672

5   John R. Inge (Bar No. 236515)
    Hogan & Hartson LLP
6   Shinjuku Center Building
    46th Floor
7   25-1 Nishi-Shinjuku 1-Chome
    Shinjuku-ku Tokyo
8   163-0646 Japan

9   Steven J. Routh
    Sten A. Jensen
10  Hogan & Hartson LLP
    555 Thirteenth Street, NW
11  Washington, DC 20004
    Telephone: (202) 637-6472

12

    ATTORNEYS FOR PLAINTIFF
13  FUJINON CORPORATION

14            UNITED STATES DISTRICT COURT

15        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16

    FUJINON CORPORATION,
17
                  Plaintiff,
18
                  v.
19
    LG ELECTRONICS U.S.A., INC.,
20  LG ELECTRONICS MOBILECOMM
    U.S.A., INC., LG INNOTEK
21  U.S.A., INC., LG ELECTRONICS
    MOBILE RESEARCH U.S.A., L.L.C.,
22  LG ELECTRONICS INC., AND LG
    INNOTEK CO., LTD.,
23                Defendants.

24

25

26

27

'06 CV 2699   LAB BLM

Civil Action No. _____

**COMPLAINT**
**JURY TRIAL DEMANDED**

VIA FAX

FILED
DEC 12 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

COMPLAINT

\\\DC - 083367/000016 - 2403516 v1

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Fujinon Corporation ("Fujinon") brings this action against defendants LG Electronics U.S.A., Inc. ("LG Electronics"), LG Electronics MobileComm U.S.A., Inc. ("LG MobileComm"), LG Innotek U.S.A., Inc. ("LG Innotek"), LG Electronics Mobile Research U.S.A., L.L.C. ("LG Electronics Mobile Research"), LG Electronics, Inc. ("LG Electronics Korea"), and LG Innotek Co., Ltd. ("LG Innotek Korea") (collectively, "LG" or "defendants") for patent infringement under the patent laws of the United States, Title 35, United States Code §§ 101 *et seq*.  In support of its claims, Fujinon states and alleges as follows:

### Parties

1.      Plaintiff Fujinon is a Japanese corporation with its principal place of business at 1-324 Uetake Kita-ku, Saitama, 331-9624, Japan.  Fujinon previously was named Fuji Photo Optical Co., Ltd.  Fujinon is engaged in the business of designing, developing and manufacturing high quality optical products, including lenses for digital cameras, camera phones, still cameras, television cameras, copying machines, facsimile machines, and laser printers.

2.      Defendant LG Electronics U.S.A., Inc. is a Delaware corporation with its principal place of business at 1000 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.  Upon information and belief, LG Electronics provides sales and marketing support for LG's consumer electronics products, including but not limited to mobile phones.  LG Electronics is registered to do business in California.

2

3.      Defendant LG Electronics MobileComm U.S.A., Inc. is a California corporation with its principal place of business at 10225 Willow Creek Road, San Diego, California 92131.  LG MobileComm manufactures mobile phones and provides sales and marketing support for the sale of LG mobile phones throughout North America.

4.      Defendant LG Innotek U.S.A., Inc. is a California corporation with its principal place of business at 10225 Willow Creek Road, San Diego, California 92131.  Upon information and belief, LG Innotek supplies component parts, including camera modules, to other LG entities that perform final assembly of LG mobile phones.  Upon information and belief, the camera modules supplied by LG Innotek include lenses, an optical detector and other electronics.

5.      Defendant LG Electronics Mobile Research U.S.A., L.L.C., is a California corporation with its principal place of business at 10225 Willow Creek Road, San Diego, California 92131.  Upon information and belief, LG Electronics Mobile Research carries out research and development activities relating to mobile telephones.

6.      Defendant LG Electronics Inc., is a Korean Corporation with its principle place of business at LG Twin Towers, 20, Yeouido-dong, Yeongdeungpo-gu, Seoul, Korea 150-721.  LG Electronics Korea manufactures mobile phones and exports those phones for sale in the United States.

7.      Defendant LG Innotek Co., Ltd., is a Korean corporation with its

3

1  principle place of business at LG Twin Towers 33/34F, Yeouido-dong,

2  Yeongdeungpo-gu, Seoul, Korea. 150-721.  Upon information and belief, LG

3  Innotek Korea supplies component parts, including camera modules, to other LG

4  entities that perform final assembly of LG mobile phones.  Upon information and

5  belief, the camera modules supplied by LG Innotek Korea include lenses, an optical

6

7  detector and other electronics.

8      8.      Each of the defendant LG entities is in the business of importing,

9  manufacturing and/or selling mobile phone products throughout the United States,

10  including in the State of California.  Upon information and belief, LG has solicited

11  business in the State of California, is doing business in this judicial district, and has

12

13  attempted to derive financial benefit from residents of the State of California,

14  including benefits directly related to the instant cause of action set forth herein.  In

15  addition, defendants LG MobileComm, LG Innotek, and LG Electronics Mobile

16  Research are residents of this judicial district.

17                    **Jurisdiction and Venue**

18      9.      This action arises under the Patent Laws of the United States, 35 U.S.C.

19

20  § 1 *et seq.*  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and

21  1338.

22      10.      LG places its products related to this cause of action into the stream of

23  commerce throughout the United States, including California, and those products

24  have been offered for sale and/or sold within this judicial district.  In addition, LG

4

1   manufactures accused products in this judicial district.

2      11.      Each of the defendant LG entities is subject to personal jurisdiction in

3   this judicial district and, upon information and belief, is doing business in this

4   judicial district.  LG sells, offers to sell and has sold its products related to this

5   cause of action within the State of California.

6

7      12.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and

8   1400(b) in that, among other things, the acts of infringement complained of have

9   been committed in this judicial district and LG MobileComm, LG Innotek and LG

10   Electronics Mobile Research have regular and established places of business in this

11   judicial district.

12

13                                 **Statement of the Claim**

14      13.      On January 11, 2005, United States Letters Patent No. 6,842,295 ("the

15   '295 patent") entitled "Imaging Lens Formed of Aperture Diaphragm and Only

16   Two Lens Components" was duly and legally issued to Fuji Photo Optical Co., Ltd.

17   as assignee of the inventor Hiromitsu Yamakawa.  The name change of the assignee

18   to Fujinon was recorded in the assignment records of the United States Patent and

19   Trademark Office.  A copy of the '295 patent is attached hereto as Exhibit A.

20

21      14.      On September 24, 2004, United States Letters Patent No. 6,795,253

22   ("the '253 patent") entitled "Imaging Lens" was duly and legally issued to Fuji

23   Photo Optical Co., Ltd. as assignee of the inventor Yoshikazu Shinohara.  The

24   name change of the assignee to Fujinon was recorded in the assignment records of

\\\DC - 083367/000016 - 2403516 v1

the United States Patent and Trademark Office.   A copy of the '253 patent is attached hereto as Exhibit B.

15.     On November 1, 2005, United States Letters Patent No. 6,961,191 B2 ("the '191 patent") entitled "Single Focus Lens" was duly and legally issued to Fujinon as assignee of the inventor Kenichi Sato.  A copy of the '191 patent is attached hereto as Exhibit C.

16.     On November 18, 2003, United States Letters Patent No. 6,650,485 ("the '485 patent") entitled "Photographic Lens" was duly and legally issued to Fuji Photo Optical Co., Ltd. as assignee of the inventor Yoshikazu Shinohara.  The name change of the assignee to Fujinon was recorded in the assignment records of the United States Patent and Trademark Office.  A copy of the '485 patent is attached hereto as Exhibit D.

17.     Fujinon has been and is the rightful owner of the '295 patent, the '253 patent, the '191 patent, and the '485 patent.

18.     The '295 patent, the '253 patent, the '191 patent, and the '485 patent each relate to an imaging lens.

19.     Fujinon has become aware of various mobile phone products offered for sale and sold by LG which include cameras and incorporate the inventions of the patents-in-suit.

20.     Specifically, at least the following models of LG's products infringe one or more claims of the '295 patent: PM225 and G262.

6

21.     In addition, at least the following models of LG's products infringe one or more claims of the '253 patent: L1400i, C2000, CU320, CE500, CG300, VX8300, Fusic (LX550), LX350, AX5000, Chocolate (KG800), KG320 and P7200, KG810 and M6100.

22.     In addition, at least the following model of LG's products infringes one or more claims of the '191 patent: MM-535.

23.     In addition, at least the following models of LG's products infringe one or more claims of the '485 patent: PM-325, VX6100, and VX7000.

## COUNT I

### (Direct Infringement of the '295, '253, '191 and '485 Patents)

24.     Fujinon realleges the above paragraphs as if fully set forth herein.

25.     LG has been and is infringing the '295 patent, the '253 patent, the '191 patent, and the '485 patent under 35 U.S.C. § 271(a) by making, using, importing, offering for sale, or selling, without license or authority in this district and elsewhere in the United States, infringing mobile phone products, including but not limited to those identified above.

26.     LG has had for some time actual knowledge of the '295, '253, '191 and '485 patents and has willfully, deliberately and intentionally infringed the claims of these patents.

27.     Unless a preliminary and permanent injunction are issued enjoining LG and its agents, servants, subsidiaries, affiliates, employees, attorneys,

7

\\\DC - 083367/000016 - 2403516 v1

representatives, and all others acting on their behalf from infringing the '295, '253, 191 and '485 patents, LG will continue to infringe these patents and Fujinon will be greatly and irreparably harmed.

## COUNT II

### (Inducement to Infringe the '295, '253, 191 and '485 Patents)

28.    Fujinon realleges the above paragraphs as if fully set forth herein.

29.    Upon information and belief, LG has been infringing the '295 patent, the '253 patent, the '191 patent and the '485 patent under 35 U.S.C. § 271(b) by inducing others to engage in direct infringement under 35 U.S.C. § 271(a) with a knowledge and an intent to induce the specific infringing acts and to cause the infringement.

30.    Upon information and belief, LG significantly, actively and intentionally abided, abetted, participated in and was and is a proximate, contributing and concurring cause of the aforesaid infringement, because, without limitation, LG imported and/or induced the importation of the infringing products.

31.    By its infringing conduct, LG has made unlawful gains and profits, and Fujinon, due to the same infringing conduct, has been deprived of rights and remunerations that would have otherwise come to Fujinon but for the infringement. LG has thus caused Fujinon irreparable damage and will continue to cause Fujinon additional damages.

8

## COUNT III

### (Contributory Infringement of the '295, '253, 191 and '485 Patents)

32.     Fujinon realleges the above paragraphs as if fully set forth herein.

33.     Upon information and belief, LG has been contributing to infringement of the '295 patent, the '253 patent, the '191 patent and the '485 patent under 35 U.S.C. § 271(c) by selling within the United States components of infringing mobile phones knowing that those components (a) are especially made for use in infringing products, and (b) are not staple articles of commerce suitable for substantial non-infringing uses.

34.     By its infringing conduct, LG has made unlawful gains and profits, and Fujinon, due to the same infringing conduct, has been deprived of rights and remunerations that would have otherwise come to Fujinon but for the infringement. LG has thus caused Fujinon irreparable damage and will continue to cause Fujinon additional damages.

### Prayer for Relief

**WHEREFORE,** plaintiff Fujinon prays this Court for the following relief:

a)      A judgment that LG has infringed, induced others to infringe and/or contributorily infringed one or more claims of the '295, '253, '191 and '485 patents;

b)      A judgment that LG's infringement of the '295, '253, '191 and '485 patents has been, and continues to be, willful and deliberate;

c)      Preliminary and permanent injunctive relief prohibiting LG, its

9

subsidiaries, affiliates, officers, agents, servants, employees, licensees, and all other persons acting or attempting to act in active concert or participation with them or acting on their behalf, from infringement, inducement of infringement or contributory infringement of the '295, '253, '191 and '485 patents;

d)     A judgment that LG be ordered to account for and pay all damages caused by reason of LG's infringement pursuant to 35 U.S.C. § 284, including enhanced damages under 35 U.S.C. § 284 in an amount to be determined by the Court;

e)     A judgment that LG be ordered to pay Fujinon's costs, expenses and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285;

f)     An award of pre-judgment and post-judgment interest on the damages caused to Fujinon by LG's infringement; and

g)     Such other and further relief as the Court may deem just and proper under the circumstances.

10

## Jury Demand

Plaintiff Fujinon demands a jury trial on all issues so triable.


Dated:  December 12, 2006                    HOGAN & HARTSON LLP




William H. Wright (Bar No. 161580)
Robert J. Benson (Bar No. 155971)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4672
Telecopier: (310) 785-4601
E-Mail: whwright@hhlaw.com

John R. Inge (Bar No. 236515)
Hogan & Hartson LLP
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo
163-0646 Japan
Telephone: 813 5908-4070
Telecopier: 813 5908-4071
E-Mail: jringe@hhlaw.com

Steven J. Routh
Sten A. Jensen
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6465
Telecopier: (202) 637-5910
E-Mail: sjrouth@hhlaw.com
sajensen@hhlaw.com

ATTORNEYS FOR PLAINTIFF
FUJINON CORPORATION

11

\\\DC - 083367/000016 - 2403516 v1

# EXHIBIT A



US006650485B2

(12) **United States Patent**
Shinohara

(10) Patent No.: **US 6,650,485 B2**
(45) Date of Patent: **Nov. 18, 2003**

(54) PHOTOGRAPHIC LENS

(75) Inventor: **Yoshikazu Shinohara**, Saitama (JP)

(73) Assignee: **Fuji Photo Optical Co., Ltd.**, Saitama (JP)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/225,358**

(22) Filed: **Aug. 22, 2002**

(65)     **Prior Publication Data**
US 2003/0117723 A1 Jun. 26, 2003

(30)     **Foreign Application Priority Data**
Sep. 7, 2001   (JP) ........................................ 2001-271624

(51) Int. Cl.[7] .......................... G02B 3/06; G02B 13/18; G02B 3/02
(52) U.S. Cl. ........................................ 359/717; 359/708
(58) Field of Search ................................ 359/708, 713, 359/714, 715, 716, 717

(56)         **References Cited**

U.S. PATENT DOCUMENTS

5,835,288 A   *  11/1998  Yamada et al. ............. 359/717

5,917,661 A     6/1999  Tochigi et al.

* cited by examiner

*Primary Examiner*—Georgia Epps
*Assistant Examiner*—Alicia M Harrington
(74) *Attorney, Agent, or Firm*—Arnold International; Bruce Y. Arnold

(57)         **ABSTRACT**

A compact photographic lens for a digital camera is disclosed. The photographic lens has only two lens elements, yet provides excellent imaging even at the periphery of the image field. The photographic lens of the invention and an image sensor, together, fit within a volume of about 10 cm$^3$. The lens is formed of, in order from the object side, a biconvex lens element having two aspherical surfaces, and a positive meniscus lens element having two aspherical surfaces. The convex surface of the meniscus lens element is positioned on the image side, and various conditions are satisfied in order to provide the photographic lens with a short overall length while favorably correcting various aberrations.

**4 Claims, 6 Drawing Sheets**



**U.S. Patent**          Nov. 18, 2003          Sheet 1 of 6          US 6,650,485 B2



Fig. 1



Fig. 2



Fig. 3



Fig. 4

Case 3:06-cv-02699-LAB-BLM   Document 1   Filed 12/12/06   Page 16 of 27



Fig. 5



Spherical Aberration
Fig. 6(A)



Astigmatism
Fig. 6(B)



Distortion
Fig. 6(C)



Spherical Aberration
Fig. 7(A)



Astigmatism
Fig. 7(B)



Distortion
Fig. 7(C)



Spherical Aberration
Fig. 8(A)



Astigmatism
Fig. 8(B)



Distortion
Fig. 8(C)



Spherical Aberration
Fig. 9(A)



Astigmatism
Fig. 9(B)



Distortion
Fig. 9(C)



Spherical Aberration
Fig. 10(A)



Astigmatism
Fig. 10(B)



Distortion
Fig. 10(C)

US 6,650,485 B2

# PHOTOGRAPHIC LENS

## BACKGROUND OF THE INVENTION

Recently, electronic devices that use image sensors, such as CCD arrays, etc., have also been miniaturized along with the trend to miniaturize the image sensors. For example, the miniaturization of electronic devices which use such image sensors, such as portable module cameras and WEB cameras, etc., is striking. The portable module camera is a camera used in a portable telephone, etc., and the WEB camera is a camera used for transmission of image data via the Internet. Many photographic lenses used in these small electronic devices also emphasize smallness and portability and are constructed by using only one lens element.

Recently, the performance of image sensors has improved and a large number of pixels (e.g., about 350,000 pixels) have become available for capturing even small images. Along with such a high number of image elements, higher optical performance than before is also required for photographic lenses which form the images. Thus, a problem has arisen in that a sufficient optical imaging performance cannot be obtained using a one-piece lens construction. Particularly, there is a problem in that the optical performance at the periphery of an image markedly deteriorates when using a single lens element construction. This deterioration of performance at the periphery of an image is attributed to astigmatism, i.e., a difference in imaging positions of light imaged in the sagittal image plane versus the tangential image plane.

Accordingly, it has been considered that the number of lens elements be increased to two in order to obtain a sufficient optical performance so as to match the details detectable by the large number of image elements of recently developed image sensors. The use of a negative lens element combined with a positive lens element has been tried in the past as photographic lenses of a two-piece construction. However, few of such conventional photographic lenses of two-piece construction have a sufficient compactness in overall length. Accordingly, the need for development of photographic lenses suitable for use with compact image sensors having a high number of image elements, i.e., photographic lenses which have improved optical performance without extending the overall length of the photographic lens, has increased. For example, the development of small, yet high-performance, photographic lenses which are no larger in size than about 10 cm$^3$, including the image sensor, is desired.

## BRIEF SUMMARY OF THE INVENTION

The object of the invention is to provide a photographic lens which enables the overall length of the lens to be shortened and, more particularly, to provide a lens having only two lens elements and which provides an improved optical performance at the periphery of the image field as compared to a photographic lens formed of a single lens element.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given below and the accompanying drawings, which are given by way of illustration only and thus are not limitative of the present invention, wherein:

FIG. 1 is a sectional view showing a photographic lens according to Embodiment 1;

FIG. 2 is a sectional view showing a photographic lens according to Embodiment 2;

FIG. 3 is a sectional view showing a photographic lens according to Embodiment 3;

FIG. 4 is a sectional view showing a photographic lens according to Embodiment 4;

FIG. 5 is a sectional view showing a photographic lens according to Embodiment 5;

FIGS. 6(A)–6(C) show aberrations of the photographic lens of Embodiment 1, with FIG. 6(A) showing the spherical aberration, FIG. 6(B) showing the astigmatism, and FIG. 6(C) showing the distortion;

FIGS. 7(A)–7(C) show aberrations of the photographic lens of Embodiment 2, with FIG. 7(A) showing the spherical aberration, FIG. 7(B) showing the astigmatism, and FIG. 7(C) showing the distortion;

FIGS. 8(A)–8(C) show aberrations of the photographic lens of Embodiment 3, with FIG. 8(A) showing the spherical aberration, FIG. 8(B) showing the astigmatism, and FIG. 8(C) showing the distortion;

FIGS. 9(A)–9(C) show aberrations of the photographic lens of Embodiment 4, with FIG. 9(A) showing the spherical aberration, FIG. 9(B) showing the astigmatism, and FIG. 9(C) showing the distortion; and

FIGS. 10(A)–10(C) show aberrations of the photographic lens of Embodiment 5, with FIG. 10(A) showing the spherical aberration, FIG. 10(B) showing the astigmatism, and FIG. 10(C) showing the distortion.

## DETAILED DESCRIPTION

The present invention relates to a photographic lens which is mainly used in small electronic devices having an image sensor chip, such as found in a portable module camera, a WEB camera, and so on. The photographic lens according to the invention is formed of only two lens elements. In order from the object side, these are: a biconvex lens element having two aspherical surfaces, and a positive meniscus lens element having two aspherical surfaces and with its convex surface on the image side. The aspherical surfaces have a shape that is defined by the following Equations (A) and (B):

$$f(\rho)=\frac{C\rho^2}{1+(1-K\ C^2\rho^2)^{1/2}}+A_4\rho^4+A_6\rho^6+A_8\rho^8+A_{10}\rho^{10} \qquad \text{Equation (A)}$$

and

$$\rho^2=x^2+y^2 \qquad \text{Equation (B)}$$

where

$\rho$ is measured in a direction perpendicular to the optical axis Z0; as per Equation (B), with x and y being coordinate points on respective X and Y coordinate axes that are each perpendicular to the optical axis Z0 and to one another,

C(=1/R) is the reciprocal of the radius of curvature R of the aspherical surface near the optical axis,

x and y are coordinate points on the X and Y axis, respectively, which are each perpendicular to the optical axis Z0 and to each other;

K is the eccentricity, and

$A_4, A_6, A_8, A_{10}$ are the respective aspherical coefficients of $\rho$ raised to the fourth, sixth, eighth and tenth powers, respectively.

The aspherical surface is a curved surface obtained by rotating a curve defined by Equation (A) around the optical axis Z0.

US 6,650,485 B2

| 3 | 4 |

According to a first feature of the invention, the following Conditions (1) and (2) are satisfied:

$$2 \cdot dd2 < dd1 \qquad \text{Condition (1)}$$

$$|R3| < |R4| \qquad \text{Condition (2)}$$

where,

dd1 is the on-axis distance between the object-side surface and the image-side surface of the biconvex lens element,

dd2 is the on-axis distance between the image-side surface of the biconvex lens element and the object-side surface of the positive meniscus lens element,

|R3| is the absolute value of the radius of curvature of the image-side surface of the biconvex lens element, and

|R4| is the absolute value of the radius of curvature of the object-side surface of the meniscus lens element.

By such a construction and by satisfying Conditions (1) and (2), various aberrations are favorably corrected and optical performance is improved as compared with that of a conventional photographic lens that is formed of only a single lens element. Furthermore, despite there being two lens elements in the photographic lens of the present invention, the overall length of the photographic lens of the present invention is small.

It is desirable that the image-side aspherical surface of the meniscus lens element be shaped so that it has a positive refractive power near the optical axis and a negative refractive power near its periphery. This facilitates matching the imaging positions of the sagittal image plane light and the tangential image plane light.

In order to reduce the lateral color of the photographic lens, it is desirable that the present invention also satisfy the following Conditions (3) and (4):

$$vd1 > 50 \qquad \text{Condition (3)}$$

$$vd2 < 35 \qquad \text{Condition (4)}$$

where

vd1 is the Abbe number, at the d line, of the biconvex lens element, and

vd2 is the Abbe number, at the d line, of the meniscus lens element.

The invention will first be described in general terms. Referring to FIG. 1, which is fairly-well representative of the overall invention despite being specifically drawn to the

first embodiment of the invention, the photographic lens 1A is formed of only two lens elements L1, L2 arranged in order from the object side along the optical axis Z0. A stop St is provided on the object side of the first lens element L1. A cover glass LC may be arranged on the image side of the second lens element L2, as desired. The cover glass LC serves to protect the image pickup surface of an image sensor, such as a CCD array. For convenience of illustration, the cover glass LC is shown as being positioned to the left side of the imaging plane 3; however, it actually is posi-

tioned with a surface in contact with an image sensor surface that is positioned at the image plane.

If Condition (1) is not satisfied the on-axis distance between the two lens elements L1 and L2 increases, thus increasing the overall length of the lens. Also certain aberrations increase.

If Condition (2) is not satisfied the sagittal image plane and the tangential image plane separate and distortion increases. Moreover, the amount of light in the periphery of an image will decrease.

By making the lens elements L1 and L2 of different optical material so as to satisfy Conditions (3) and (4), lateral color is favorably corrected.

Various embodiments of the invention will now be set forth in detail.

### Embodiment 1

As mentioned previously, FIG. 1 illustrates a photographic lens according to Embodiment 1 of the present invention. As the components have already been discussed further discussion will be omitted.

Table 1 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) near the optical axis of each surface, the on-axis distance D (in mm) between surfaces, as well as the index of refraction $N_d$ and the Abbe number $\nu_d$ (both at the d-line, i.e., $\lambda=587.6$ nm) of the optical material of the lens elements of Embodiment 1 of the invention. In the bottom portion of the Table is listed the focal length f of the photographic lens. Those surfaces that have an asterisk to the right of the surface number in Table 1 are aspherical, having a shape as set forth in Equations (A) and (B) above.

#### TABLE 1

| # | R | D | $N_d$ | $\nu_d$ |
|---|---|---|---|---|
| 1 | ∞ (stop) | 0.1 | | |
| 2* | 4.5248 | 2.46558 (dd1) | 1.53105 | 55.5 |
| 3* | −1.4766 | 1.03908 (dd2) | | |
| 4* | −0.5828 | 1.10729 | 1.53105 | 55.5 |
| 5* | −0.8074 | 0 | | |
| 6 | ∞ | 0.3 | 1.51633 | 64.2 |
| 7 | ∞ | 1.03326 | | |
| 8 | ∞ (Img) | | | |

f = 3.5 mm

Table 2 below lists the constants of the aspherical surfaces, where the letter "E" following a number indicates that the number which follows is the exponent to the base 10. For example, 1.0E-02 represents the number $1.0 \times 10^{-2}$.

#### TABLE 2

| # | C | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|---|
| 2 | 0.2210 | −27.3400 | 4.7168E-03 | −5.5410E-03 | 3.0989E-06 | 5.7558E-07 |
| 3 | −0.6772 | −1.4276 | −4.4337E-02 | −2.4288E-04 | −8.3349E-07 | −2.3121E-09 |
| 4 | −1.7160 | −0.4247 | 1.8005E-02 | 9.8555E-05 | 3.5042E-07 | 1.0007E-09 |
| 5 | −1.2385 | −0.6372 | 3.9521E-02 | 5.2552E-04 | 2.5703E-05 | 3.1260E-07 |

FIGS. 6(A)–6(C) show aberrations of the photographic lens of Embodiment 1, with FIG. 6(A) being the spherical aberration (in mm), FIG. 6(B) being the astigmatism (in mm) for both the sagittal S and tangential T image planes, and FIG. 6(C) being the distortion (in %). In FIG. 6(A), the spherical aberration is given for both the g line ($\lambda=435.8$ nm) and the d line ($\lambda=587.6$ nm). In FIGS. 6(B) and 6(C) the aberrations are for the d line, and the half-image angle ω is indicated. In FIG. 6(B) the solid line represents the sagittal image plane aberration and the dotted line represents the tangential image plane aberration. As is apparent from the

US 6,650,485 B2

<table>
<tr><th>5</th><th>6</th></tr>
</table>

above data, in this embodiment each of Conditions (1) and (2) is satisfied.

### Embodiment 2

As mentioned previously, FIG. 2 illustrates a photographic lens according to Embodiment 2 of the present invention, which has a basic lens element structure similar to FIG. 1. Thus, further discussion will be omitted.

Table 3 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) near the optical axis of the surface, the on-axis distance D (in mm) between surfaces, as well as the index of refraction $N_d$ and the Abbe number $v_d$ (both at the d-line, i.e., λ=587.6 nm) of the optical material of the lens elements of Embodiment 2 of the invention. In the bottom portion of the Table is listed the focal length f of the photographic lens. Those surfaces that have an asterisk to the right of the surface number in Table 3 are aspherical, having a shape as set forth in Equations (A) and (B) above.

TABLE 3

| # | R | D | $N_d$ | $v_d$ |
|---|---|---|---|---|
| 1 | ∞ (stop) | 0.05 | | |
| 2* | 4.3883 | 2.74817 (dd1) | 1.531029 | 55.5 |
| 3* | −1.4487 | 1.05586 (dd2) | | |
| 4* | −0.4913 | 0.88726 | 1.531029 | 55.5 |
| 5* | −0.6961 | 0 | | |
| 6 | ∞ | 0.3 | 1.516312 | 64.2 |
| 7 | ∞ | 1.00383 | | |
| 8 | ∞ (Img) | | | |

f = 3.52 mm

Table 4 below lists the constants of the aspherical surfaces, where the letter "E" following a number indicates that the number which follows is the exponent to the base 10. For example, 1.0E-02 represents the number $1.0×10^{−2}$.

TABLE 4

| # | C | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|---|
| 2 | 0.2279 | −16.9453 | 6.3449E-03 | −5.5390E-03 | 3.1005E-06 | 5.7561E-07 |
| 3 | −0.6903 | −1.4734 | −3.4053E-02 | −1.6542E-04 | −5.2226E-07 | −1.3722E-09 |
| 4 | −2.0353 | −0.4890 | 1.5330E-02 | 7.4376E-05 | 2.4721E-07 | 6.9815E-10 |
| 5 | −1.4365 | −0.6705 | 3.1650E-02 | 4.9449E-04 | 2.5647E-05 | 3.1272E-07 |

FIGS. 7(A)–7(C) show aberrations of the photographic lens of Embodiment 2, with FIG. 7(A) being the spherical aberration (in mm), FIG. 7(B) being the astigmatism (in mm) for both the sagittal S and tangential T image planes, and FIG. 7(C) being the distortion (in %). In FIG. 7(A), the spherical aberration is given for both the g line (λ=435.8 nm) and the d line (λ=587.6 nm). In FIGS. 7(B) and 7(C) the aberrations are for the d line, and the half-image angle ω is indicated. As is apparent from the above data, in this embodiment the aberrations are favorably corrected, and each of Conditions (1) and (2) is satisfied.

### Embodiment 3

As mentioned previously, FIG. 3 illustrates a photographic lens according to Embodiment 3 of the present invention, which has a basic lens element structure similar to FIG. 1. Thus, further discussion will be omitted.

Table 5 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) near the optical axis of the surface, the on-axis distance D (in mm) between surfaces, as well as the index of refraction $N_d$ and the Abbe number $v_d$ (both at the d-line, i.e. λ=587.6 nm) of the optical material of the lens elements of Embodiment 3 of the invention. In the bottom portion of the Table is listed the focal length f of the photographic lens. Those surfaces that have an asterisk to the right of the surface number in Table 5 are aspherical, having a shape as set forth in Equations (A) and (B) above.

TABLE 5

| # | R | D | $N_d$ | $v_d$ |
|---|---|---|---|---|
| 1 | ∞ | 0.05 | | |
| 2* | 4.1399 | 2.54477 (dd1) | 1.531029 | 55.5 |
| 3* | −1.2428 | 0.87945 (dd2) | | |
| 4* | −0.4995 | 1.15749 | 1.531029 | 55.5 |
| 5* | −0.6035 | 0 | | |
| 6 | ∞ | 0.3 | 1.516312 | 64.2 |
| 7 | ∞ | 0.74984 | | |
| 8 | ∞ (Img) | | | |

f = 2.8 mm

Table 6 below lists the constants of the aspherical surfaces, where the letter "E" following a number indicates that the number which follows is the exponent to the base 10. For example, 1.0E-02 represents the number $1.0×10^{−2}$.

TABLE 6

| # | C | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|---|
| 2 | 0.2416 | −16.7875 | 6.3491E-03 | −5.5390E-03 | 3.1005E-06 | 5.7561E-07 |
| 3 | −0.8046 | −0.9488 | −3.4059E-02 | −1.6547E-04 | −5.2245E-07 | −1.3727E-09 |
| 4 | −2.0019 | −0.4916 | 1.5323E-02 | 7.4362E-05 | 2.4722E-07 | 6.9822E-10 |
| 5 | −1.6571 | −0.7550 | 3.1674E-02 | 4.9464E-04 | 2.5648E-05 | 3.1273E-07 |

FIGS. 8(A)–8(C) show aberrations of the photographic lens of Embodiment 3, with FIG. 8(A) being the spherical aberration (in mm), FIG. 8(B) being the astigmatism (in mm) for both the sagittal S and tangential T image planes, and FIG. 8(C) being the distortion (in %). In FIG. 8(A), the spherical aberration is given for both the g line (λ=435.8 nm)

US 6,650,485 B2

and the d line (λ=587.6 nm). In FIGS. 8(B) and 8(C) the aberrations are for the d line, and the half-image angle ω is indicated. As is apparent from the above data, in this embodiment the aberrations are favorably corrected, and each of Conditions (1) and (2) is satisfied.

### Embodiment 4

As mentioned previously, FIG. 4 illustrates a photographic lens according to Embodiment 4 of the present invention, which has a basic lens element structure similar to FIG. 1. Thus, further discussion will be omitted.

Table 7 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) near the optical axis of the surface, the on-axis distance D (in mm) between surfaces, as well as the index of refraction $N_d$ and the Abbe number $v_d$ (both at the d-line, i.e., λ=587.6 nm) of the optical material of the lens elements of Embodiment 4 of the invention. In the bottom portion of the Table is listed the focal length f of the photographic lens. Those surfaces that have an asterisk to the right of the surface number in Table 7 are aspherical, having a shape as set forth in Equations (A) and (B) above.

#### TABLE 7

| #   | R          | D             | $N_d$   | $v_d$ |
|-----|------------|---------------|---------|-------|
| 1   | ∞ (stop)   | 0.3944        |         |       |
| 2*  | 2.2630     | 1.4900 (dd1)  | 1.53105 | 55.5  |
| 3*  | −0.6000    | 0.2516 (dd2)  |         |       |
| 4*  | −0.3228    | 0.6979        | 1.583641| 30.2  |
| 5*  | −0.6211    | 0.0000        |         |       |
| 6   | ∞          | 0.5500        | 1.516798| 64.2  |
| 7   | ∞          | 0.8456        |         |       |
| 8   | ∞ (Img)    |               |         |       |

f = 2.1 mm

Table 8 below lists the constants of the aspherical surfaces, where the letter "E" following a number indicates that the number which follows is the exponent to the base 10. For example, 1.0E-02 represents the number $1.0 \times 10^{-2}$.

#### TABLE 8

| #   | C       | K        | $A_4$       | $A_6$       | $A_8$       | $A_{10}$    |
|-----|---------|----------|-------------|-------------|-------------|-------------|
| 2   | 0.4419  | −4.70921 | 1.2952E−02  | −4.6046E−02 | 6.0066E−05  | 2.6023E−05  |
| 3   | −1.6667 | −1.41564 | −1.4771E−01 | −2.0134E−03 | −1.6147E−05 | −1.0452E−07 |
| 4   | −3.0979 | −0.57437 | 5.9928E−02  | 8.1765E−04  | 6.7898E−04  | 4.5253E−08  |
| 5   | −1.6100 | −0.37642 | 1.5125E−01  | 4.3679E−03  | 4.9820E−03  | 1.4133E−05  |

FIGS. 9(A)–9(C) show aberrations of the photographic lens of Embodiment 4, with FIG. 9(A) being the spherical aberration (in mm), FIG. 9(B) being the astigmatism (in mm) for the both the sagittal S and tangential T image

angle ω is indicated. As is apparent from the above data, in this embodiment the aberrations are favorably corrected, and each of Conditions (1)–(4) is satisfied.

### Embodiment 5

As mentioned previously, FIG. 5 illustrates a photographic lens according to Embodiment 5 of the present invention, which has a basic lens element structure similar to FIG. 1. Thus, further discussion will be omitted.

Table 9 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) near the optical axis of each surface, the on-axis distance D (in mm) between surfaces, as well as the index of refraction $N_d$ and the Abbe number $v_d$ (both at the d-line, i.e., λ=587.6 nm) of the optical material of the lens elements of Embodiment 5 of the invention. In the bottom portion of the Table is listed the focal length f of the photographic lens. Those surfaces that have an asterisk to the right of the surface number in Table 9 are aspherical, having a shape as set forth in Equations (A) and (B) above.

#### TABLE 9

| #   | R          | D             | $N_d$    | $v_d$ |
|-----|------------|---------------|----------|-------|
| 1   | ∞ (stop)   | 0.3446        |          |       |
| 2*  | 2.0860     | 1.4277 (dd1)  | 1.531029 | 55.5  |
| 3*  | −0.6000    | 0.3565 (dd2)  |          |       |
| 4*  | −0.3489    | 0.7996        | 1.583599 | 30.5  |
| 5*  | −0.6158    | 0.0000        |          |       |
| 6   | ∞          | 0.5500        | 1.51678  | 64.2  |
| 7   | ∞          | 0.2803        |          |       |
| 8   | ∞ (Img)    |               |          |       |

f = 1.93 mm

Table 10 below lists the constants of the aspherical surfaces, where the letter "E" following a number indicates that the number which follows is the exponent to the base 10. For example, 1.0E-02 represents the number $1.0 \times 10^{-2}$.

#### TABLE 10

| #   | C       | K         | $A_4$       | $A_6$       | $A_8$       | $A_{10}$    |
|-----|---------|-----------|-------------|-------------|-------------|-------------|
| 2   | 0.2916  | −26.9387  | 2.5715E−02  | −9.3280E−02 | 1.6142E−04  | 9.2758E−05  |
| 3   | −1.6091 | −0.9142   | −2.4149E−01 | −4.0915E−03 | −4.3428E−05 | −3.7265E−07 |
| 4   | −2.9153 | −0.6239   | 9.8149E−02  | 1.6608E−03  | 1.8262E−05  | 1.6129E−07  |
| 5   | −2.3267 | −0.5803   | 2.1490E−01  | 8.8441E−03  | 1.3388E−03  | 5.0377E−05  |

FIGS. 10(A)–10(C) show aberrations of the photographic lens of Embodiment 5, with FIG. 10(A) being the spherical aberration (in mm), FIG. 10(B) being the astigmatism (in mm) for both the sagittal S and tangential T image planes,

planes, and FIG. 9(C) being the distortion (in %). In FIG. 9(A), the spherical aberration is given for both the g line (λ=435.8 nm) and the d line (λ=587.6 nm). In FIGS. 9(B) and 9(C) the aberrations are for the d line, and the half-image

US 6,650,485 B2

9

and FIG. 10(C) being the distortion (in %). In FIG. 10(A), the spherical aberration is given for both the g line ($\lambda$=435.8 nm) and the d line ($\lambda$=587.6 nm). In FIGS. 10(B) and 10(C) the aberrations are for the d line, and the half-image angle $\omega$ is indicated. As is apparent from the above data, in this embodiment the aberrations are favorably corrected, and each of Conditions (1)–(4) is satisfied.

The invention being thus described, it will be obvious that the same may be varied in many ways. For example, the values of the radius of curvature R, surface spacing D, refractive index $N_d$ and Abbe numbers $v_d$, etc. are not limited to the numbers shown by the above numerical embodiment examples, and other values can be used. Such variations are not to be regarded as a departure from the spirit and scope of the invention. Rather, the scope of the invention shall be defined as set forth in the following claims and their legal equivalents. All such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

1. A photographic lens having only two lens elements, said photographic lens comprising, in order from the object side:

a biconvex lens element having two aspherical surfaces; and

a positive meniscus lens element having two aspherical surfaces and with its convex surface on the image side; wherein the following Conditions (1) and (2) are satisfied:

$$2 \cdot dd2 < dd1 \qquad \text{Condition (1)}$$

$$|R3| < |R4| \qquad \text{Condition (2)}$$

where,

dd1 is the on-axis distance between the object-side surface and the image-side surface of the biconvex lens element,

10

dd2 is the on-axis distance between the image-side surface of the biconvex lens element and the object-side surface of the positive meniscus lens element,

|R3| is the absolute value of the radius of curvature of the image-side surface of the biconvex lens element, and

|R4| is the absolute value of the radius of curvature of the object-side surface of the meniscus lens element.

2. The photographic lens as described in claim 1, wherein the image-side aspherical surface of the positive meniscus lens element is shaped so that the positive refractive power of this lens element becomes weaker towards the periphery of the lens element.

3. The photographic lens described in claim 1, wherein the following Conditions (3) and (4) are also satisfied:

$$nd1 > 50 \qquad \text{Condition (3)}$$

$$vd2 < 35 \qquad \text{Condition (4)}$$

where

vd1 is the Abbe number at the d line of the biconvex lens element, and

vd2 is the Abbe number at the d line of the meniscus lens element.

4. The photographic lens described in claim 2, wherein the following Conditions (3) and (4) are also satisfied:

$$vd1 > 50 \qquad \text{Condition (3)}$$

$$vd2 < 35 \qquad \text{Condition (4)}$$

where

vd1 is the Abbe number at the d line of the biconvex lens element, and

vd2 is the Abbe number at the d line of the meniscus lens element.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,650,485 B2                                    Page 1 of 1
DATED         : November 18, 2003
INVENTOR(S)   : Shinohara

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [57], ABSTRACT,
Line 8, change "positive" to -- negative --.

Column 2,
Line 37, change "positive" to -- negative --.

Column 3,
Line 6, change "|R3|<|R4|" to -- R3<R4 --;
Line 14, change "positive" to -- negative --;
Line 15, change "|R3| is the absolute" to -- R3 is the --; and
Line 17, change "|R4| is the absolute" to -- R4 is the --.

Column 9,
Line 25, change "positive" to -- negative --; and
Line 31, change "|R3|<|R4|" to -- R3<R4 --;

Column 10,
Line 3, change "positive" to -- negative --;
Line 4, change "|R3| is the absolute" to -- R3 is the --;
Line 6, change "|R4| is the absolute" to -- R4 is the --;
Line 9, change "positive" to -- negative --; and
Line 11, after "of" insert -- the image-side aspherical surface of --.

Signed and Sealed this

Twenty-first Day of February, 2006



JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.    : 6,650,485 B2                                  Page 1 of 1
DATED         : November 18, 2003
INVENTOR(S)   : Shinohara

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Column 7,</u>
Line 67, change "d line ($\lambda$587.6 nm)." to -- d line ($\lambda$=587.6 nm). --; and

<u>Column 9,</u>
Line 29, change "2 * dd2 < dd1          ... Condition (1)" to
          -- 2 · dd2 < dd1 --           ... Condition (1) --.

Signed and Sealed this

Third Day of February, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT B