UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FUJINON CORPORATION,<br><br>   Plaintiff,<br>vs.<br><br>LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., LG INNOTEK U.S.A., INC., LG ELECTRONICS MOBILE RESEARCH U.S.A., L.L.C., LG ELECTRONICS, INC., AND LG INNOTEK CO., LTD.,<br><br>   Defendants. | CASE NO. 06CV2699-LAB (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO SET DATE CERTAIN FOR ALL DEFENDANTS TO ANSWER OR MOVE TO DISMISS PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT** |
|---|---|

In return for Defendants LG Electronics, Inc. and LG Innotek Co., Ltd.'s agreement to waive service of the Summons and Complaint through the Hague Convention on Service Abroad, the parties have stipulated and agreed to set March 16, 2007 as the date certain for all Defendants to answer or move to dismiss Plaintiff Fujinon Corporation's ("Fujinon") Complaint for Patent Infringement.

/ / /

/ / /

/ / /

/ / /

For good cause shown, the Court **ORDERS** as follows:

1. Plaintiff Fujinon shall serve the Summons and Complaint upon LG Electronics, Inc. and LG Innotek Co., Ltd. by delivery via overnight mail of the Summons and Complaint to the law firm of Lee, Hong, Degerman, Kang & Schmadeka, addressed to Jonathan Y. Kang, Esq. and Larry R. Schmadeka, Esq.

2. All Defendants shall answer or move to dismiss Plaintiff's Complaint for Patent Infringement on or before March 16, 2007.

**IT IS SO ORDERED**.

DATED:  January 30, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc:     Magistrate Judge Barbara L. Major
        All counsel of record