# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, Sharon Cunningham, declare as follows:

I am employed in the County of Los Angeles, State of California by the law firm of Lee, Hong, Degerman, Kang & Schmadeka (the "Firm"). I am over the age of 18 years and not a party to the within action. My business address is 801 South Figueroa, Suite 1200, Los Angeles, CA 90017. On **April 23. 2007**, I served on all interested parties the foregoing document described as:

STIPULATION TO FURTHER EXTEND TIME FOR ALL DEFENDANTS TO FILE AN ANSWER TO FUJINON CORPORATION'S COMPLAINT

◄► **Service by Electronic Filing.** On April 25, 2007, a true and correct copy of the above-noted document was duly served through CM/EDF on:

| |
|---|
| William H. Wright, Esq.<br>Robert J. Benson, Esq.<br>Hogan & Hartson LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Email: RJBenson@hhlaw.com |

◄► **Service by Mail:** I am "readily familiar" with this firm's business practice for the collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day with postage thereon fully prepaid at Los Angeles, California. Each sealed envelope was placed for collection and mailing on that date following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed true copies thereof contained in sealed postage-prepaid envelopes addressed as follows:

| | |
|---|---|
| John R. Inge, Esq.<br>Hogan & Hartson LLP<br>Shinjuku Center Building<br>46th Floor<br>25-1 Nishi-Shinjuku 1-Chome<br>Shinjuku-ku Tokyo<br>163-0646 Japan | Steven J. Routh, Esq.<br>Sten A. Jensen<br>Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004 |

( ) (STATE) I declare under penalty of perjury that the foregoing is true and correct.
(XX) (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on [**April 23. 2007**] at Los Angeles, California.

_Sharon Cunningham_