# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJINON CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., LG INNOTEK U.S.A., INC., LG ELECTRONICS MOBILE RESEARCH U.S.A., L.L.C., LG ELECTRONICS, INC., AND LG INNOTEK CO., LTD.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06CV2699-LAB (BLM)<br><br>**ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF TIME TO ANSWER** |

　　　　On December 12, 2006, Plaintiff filed its complaint, alleging patent infringement. On April 23, 2007, the parties jointly moved to continue the time for Defendants to answer the complaint, until May 30, 2007.

　　　　The parties twice before moved for an extension of time for Defendants to file their answer, first on January 25, 2007, and again on March 15, 2007; the Court granted both motions. In their second joint motion, the parties represented they had reached agreement on the basic terms on which to settle the case, and anticipated signing a formal written agreement within the next 45 days. In its order on the second motion, the Court noted that future requests for extensions must show extraordinary good cause.

/ / /

1 | The parties now represent they have diligently been working on a licensing agreement and have nearly finalized it. They represent they anticipate formal settlement to be completed in the next 30 days.

The parties' representations are similar to their previous representations, and in the Court's judgment show good cause, but not extraordinary good cause. The joint motion is therefore **GRANTED IN PART**. The time for Defendants to file their answer is hereby extended to May 18, 2007. No further requests for extensions will be granted.

**IT IS SO ORDERED**.

DATED: April 27, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge