1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11  FUJINON CORPORATION,

12                          Plaintiff,

         vs.

13

14  LG ELECTRONICS U.S.A., INC., LG
    ELECTRONICS MOBILECOMM U.S.A.,
    INC., LG INNOTEK U.S.A., INC., LG

15  ELECTRONICS MOBILE RESEARCH
    U.S.A., L.L.C., LG ELECTRONICS, INC.,

16  AND LG INNOTEK CO., LTD.,

17                          Defendants.

CASE NO. 06CV2699-LAB (BLM)

**ORDER OF DISMISSAL**

[Dkt. Nos. 19, 20]

18      On December 12, 2006, Plaintiff filed its complaint, alleging patent infringement.  On

19  August 8, 2007, the parties filed a joint motion to dismiss, stating they had entered into a

20  settlement agreement, and requesting the Court to retain jurisdiction over disputes arising

21  out of the settlement agreement.  On August 15, 2007, the parties filed an amended joint

22  motion to dismiss, omitting reference to the Court's retention of jurisdiction.

23      Therefore, this action is **DISMISSED**.  The Court does not retain jurisdiction to enforce

24  the settlement agreement.  Each party shall bear its own attorney's fees and costs.

25      **IT IS SO ORDERED**.

26  DATED:  August 19, 2007

27

28                          **HONORABLE LARRY ALAN BURNS**
                            United States District Judge